IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DAVID R. WESTMORELAND,** | |
| Plaintiff, | Civ. No. 1:15-cv-00241-MC |
| v. | **ORDER APPROVING ATTORNEYS FEES PURSUANT TO 28 U.S.C. § 2412 (EAJA)** |
| **CAROLYN W. COLVIN,** Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

MCSHANE, Judge:

After considering Plaintiff's Motion (ECF No. 24) and the Defendant's objections (ECF No. 26), this Court hereby GRANTS Plaintiff's First Application for Fees Pursuant to EAJA Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C § 2412 (ECF No. 24), and Orders that the Commissioner shall pay Plaintiff's attorneys the sum of $6,485.29 ($6,468.64 for attorney's fees and $16.65 for costs), upon verification that Plaintiff has no debt to the government which qualifies for offset against the awarded fees, pursuant to the reasoning in *Astrue v. Ratliff*, 560 U.S. 586, 130 S. Ct. 2521, 2527 (2010) (EAJA awards fees subject "to a federal administrative offset if the Litigant has outstanding federal debts") for full settlement of all claims for fees under EAJA.

1 – ORDER APPROVING ATTORNEYS FEES PURSUANT TO 28 U.S.C. § 2412 (EAJA)

If Plaintiff has no such federal debt, payment of $6,485.29 shall be made to Plaintiff's attorney, Drew L. Johnson, PC, and mailed to his office at 1700 Valley River Drive, Eugene, OR 97401. If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office at the address noted above.

IT IS SO ORDERED this __29__ day of December, 2016.

                                              Michael J. McShane
                                          United States District Judge